UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon PACHECO, Defendant–Appellant.

No. 01–6736.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 10, 2001.

Decided Sept. 21, 2001.

Ramon Pacheco, pro se. Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, VA, for appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ramon Pacheco seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant Pacheco's motion to file a supplemental brief, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Pacheco*, Nos. CR–99–89; CA–01–690–3 (E.D.Va. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*